### S. BROWN SHEPHERD v. J. M. JENRETTE, ADMINISTRATOR.

(Filed 11 November, 1942.)

APPEAL by defendant from *Carr, J.,* at May Term, 1942, of WAKE.

Civil action to recover balance due on two promissory notes.

From verdict and judgment for $2,290.35 with interest from 11 January, 1939, the amount claimed by the plaintiff, the defendant appeals, assigning errors.

*Briggs & West for plaintiff, appellee.*
*E. D. Flowers for defendant, appellant.*

PER CURIAM. The record contains no exceptive assignment of error which can be sustained. Hence, the verdict and judgment will not be disturbed.

No error.

---

### T. LACY WILLIAMS, ADMINISTRATOR OF THE ESTATE OF M. M. REYNOLDS, DECEASED, v. L. R. POWELL, JR., AND HENRY W. ANDERSON, RECEIVERS OF THE SEABOARD AIR LINE RAILWAY COMPANY.

(Filed 11 November, 1942.)

APPEAL by defendants from *Carr, J.,* at May Term, 1942, of WAKE.

Civil action to recover damages for the death of plaintiff's intestate, alleged to have been caused by the negligence of the defendants.

Defendants demurred to the complaint upon the ground that it does not contain facts sufficient to constitute a cause of action, in that it appears from the facts alleged that plaintiff's intestate, by his own negligence, contributed to his death.

Demurrer overruled, defendants appeal and assign error.

*W. H. Yarborough, Jr., for plaintiff.*
*Murray Allen for defendants.*

PER CURIAM. Upon an examination of the allegations in the complaint filed in this action, we think the judgment of the court below should be affirmed under the authority of and for the reasons stated in the opinion in *Ramsey v. Furniture Co.,* 209 N. C., 165, 183 S. E., 536.

The judgment of the court below is

Affirmed.